THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN FARINI, Appellant.

*Appeal — motion to dismiss appeal for failure to serve brief denied.*

(Argued October 20, 1924; decided October 21, 1924.)

MOTION to dismiss an appeal from a judgment of the Supreme Court, rendered March 3, 1924, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

The motion was made upon the ground of failure by appellant to file his brief.

*Charles J. Dodd, District Attorney,* for motion.

*Samuel J. Siegel* opposed.

Motion denied.